IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFERY WAINWRIGHT, | : | CIVIL ACTION NO. **3:CV-04-1175** |
| | : | |
| Plaintiff | : | |
| | : | (Magistrate Judge Blewitt) |
| v. | : | |
| | : | |
| BOROUGH OF LANSFORD, et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW,** this 15th day of **June, 2005**, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Enforce Settlement **(Doc. 14)** is **GRANTED**, and this case is settled for the sum of $125,000, payable as follows:

   a. It is **ORDERED** that Defendants pay the sum of Seventy-five Thousand ($75,000) Dollars directly to Plaintiff within **ten (10) days** of the date of this Order; and

   b. It is **ORDERED** that Defendants pay Attorney Deratzian's law firm the amount of Fifty Thousand ($50,000) Dollars pursuant to the Retainer Agreement within **ten (10) days** of the date of this Order.

2. It is also **ORDERED** that Defendants provide Plaintiff and his family with medical coverage for six (6) months from the date of this Order.

3. The Clerk of Court is directed to close this case.

                                        **s/ Thomas M. Blewitt**
                                        **THOMAS M. BLEWITT**
                                        **United States Magistrate Judge**

**Dated: June 15, 2005**